UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE NATIONAL INSURANCE
COMPANY,

                         Plaintiff,                              26-CV-491 (JPO)

            -v-                                                  ORDER

BLAKE CAMARDELLE,

                         Defendant.

J. PAUL OETKEN, District Judge:

    Defendant Blake Camardelle was served with the summons and complaint in this case on

February 12, 2026.  (ECF No. 6.)  His answer was due on February 12, 2026.  (*Id.*)  On April 10,

2026, Camardelle filed a letter requesting an additional sixty days to retain counsel.  (ECF No.

7.)  On April 20, 2026, the Court held an initial telephonic conference, and Camardelle did not

appear.

    Camardelle's request for a sixty-day extension to seek counsel is granted in part.

Camardelle shall move, answer, or otherwise respond to the complaint on or before May 4, 2026,

either through counsel or *pro se*.  If he fails to do so, he may face a default judgment.

    The Clerk of Court is directed to mail this order to the *pro se* Defendant and to mark this

case as *pro se*.

    SO ORDERED.

Dated:  April 20, 2026
        New York, New York

                                        _____
                                            J. PAUL OETKEN
                                            United States District Judge