UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE NATIONAL INSURANCE
COMPANY,

                         Plaintiff,                                    26-CV-491 (JPO)

         -v-                                                           ORDER

BLAKE CAMARDELLE,

                         Defendant.

J. PAUL OETKEN, District Judge:

        Plaintiff State National Insurance Company filed its complaint against Defendant Blake

Camardelle on January 20, 2026.  (ECF No. 1.)  That complaint was served on Camardelle on

January 22, 2026 (ECF No. 6), and Camardelle's answer was due on May 4, 2026 (ECF No. 9).

Camardelle has not filed an answer.  On May 12, 2026, Plaintiff moved for default judgment

(ECF No. 15), and that motion was served on Camardelle the same day (ECF No. 19).

Camardelle shall file a response to the motion for default judgment, either through counsel or *pro

se*, on or before June 9, 2026.  If he fails to do so, he will be subject to a default judgment.

        Plaintiff is directed to serve a copy of this order on Camardelle within seven days.

        SO ORDERED.

Dated: May 20, 2026
       New York, New York

                                                        _____
                                                              J. PAUL OETKEN
                                                           United States District Judge