**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

STATE NATIONAL INSUANCE COMPANY,

              Plaintiff

- of -

BLAKE CAMARDELLE,

              Defendant.

_____

Case No.: 1:26-cv-00491-JPO

**JUDGMENT BY DEFAULT**

WHEREFORE, on **January 20, 2026,** STATE NATIONAL INSURANCE COMPANY filed a complaint for declaratory judgment pursuant to 28:1333ad Admiralty. in connection with a binder for a policy of marine insurance issued to Defendant, BLAKE CAMARDELLE and allegations of damage to a 2024 33' AMP motorboat owned by BLAKE CAMARDELLE on or about May 1, 2025. No insurance policy was issued to CAMARDELLE; and

WHEREFORE, on **January 22, 2026,** the summons and complaint was mailed and affixed to Defendant's door; and

WHEREFORE, Defendant has failed to appear for the initial conference, per the Court's January 21st Order, and failed to file, move or otherwise respond to the Court's April 20th Order; and

WHEREFORE, Defendant is not an infant, in the military, or an incompetent person; and

WHEREFORE, the Clerk of this Court has entered a default on the record on **May 8, 2026.**

NOW, THEREFORE, it is

ORDERED, ADJUDGED and DECREED that no Answer has been filed with the Clerk of this Court, in writing, or mailed to attorneys for Plaintiff on or before the 4th day of May 2026, Plaintiff is entitled to final judgment in their favor and all claims are forever barred and dismissed with prejudice; and

IT IS FURTHER ORDERED that the Clerk of this Court shall enter a Final Judgment on the record.

Dated: June 12, 2026

_____
J. PAUL OETKEN
United States District Judge